FILED 2 MAY '11 12:29 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10–CR-340-KI |
| v. | **SUPERSEDING INFORMATION**<br>18 U.S.C. § 1591 |
| LENDRICK LEE THOMAS, | |
| Defendants. | |

THE UNITED STATES ATTORNEY CHARGES:

Sex Trafficking of Minor
18 U.S.C. § 1591

Beginning about February 2010 and continuing to about on or about June, 2010, in the District of Oregon and elsewhere, **LENDRICK LEE THOMAS**, defendant herein, did the following acts, while knowing, and in reckless disregard of the fact, that a female "C.S.", had not attained the age of 18 years and would be caused to engage in a commercial sex act:

(a) Defendant, **LENDRICK LEE THOMAS**, did, while in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, or maintain by any means and attempt to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person known as "C.S."; and

(b) Defendant, **LENDRICK LEE THOMAS**, did benefit, financially or by receiving anything of value, from participation in a venture which engaged in or attempted to engage in the recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person known as "C.S."

All in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(2), and 1594(a).

Page 1 - SUPERSEDING INFORMATION

DATED this 22nd day of April 2011.

DWIGHT C. HOLTON
United States Attorney

/s/ Kemp L. Strickland
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney

Page 2 - SUPERSEDING INFORMATION